

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

JOHNNY LEE BURROSS,

v.

MADISON COUNTY, ETAL.,              CASE NUMBER:   1:05-2400-T/V

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 8/12/2005, this case is hereby DISMISSED in its entirety. It is also CERTIFIED that any Appeal by plaintiff is not taken in good faith. The plaintiff is instructed that if he wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and § 1915(a)-(b).  For analysis under 28 U.S.C. § 1915(g) of future filings, this is the FIRST dismissal of one of Plaintiff's cases as frivolous or for failure to state a claim.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                                   THOMAS M. GOULD
                                                   CLERK

   8/17/05                    BY:   C. Heard
_____                       _____
DATE                                DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/18/05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02400 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Johnny L. Burross
Northwest Correctional Complex(NWCX)
214034
Route 1, P.O. Box 660
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT